### THIRD DEPARTMENT, JANUARY, 1937.
### (January 5, 1937.)

ANTONIO PASQUALE and Another, Copartners Trading as ANTONIO PASQUALE & SON, Plaintiffs, v. THE STATE OF NEW YORK and HARRY R. AUSTIN, Defendants. PATRICK T. COULTER, Respondent. CHAS. SHUTRUMP & SONS CO., Appellant. ANTONIO PASQUALE and Another, Copartners Trading as ANTONIO PASQUALE & SON, Plaintiffs, Respondents, v. THE STATE OF NEW YORK, PATRICK T. COULTER and HARRY R. AUSTIN, Defendants, and CHAS. SHUTRUMP & SONS CO., Appellant. — Motion to set aside decision, handed down November 18, 1936, and the order entered November 23, 1936, and to reinstate appeal, granted on condition that the cause be argued at the January order and general calendar term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

### (January 6, 1937.)

In the Matter of the Application of SAMUEL J. LASSER, Assignee for the Benefit of Creditors of WRIGHT METAL, INC., for an Order of Prohibition against the SPECIAL TERM OF THE SUPREME COURT, ALBANY COUNTY, Hon. GILBERT V. SCHENCK and Any Other Justice Presiding at Special Term, Albany County, and A. RAYMOND JOHNSON, His Agents and Attorneys.— Motion for peremptory order of prohibition granted. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of JACOB LEHRMAN, Appellant, against LEHRMAN KNITTING MILLS and COMMISSIONER OF TAXATION & FINANCE, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division as a poor person denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD PROUTY.— Motion for leave to appeal to the Appellate Division as a poor person denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ERMINA V. GONZALES, Respondent, against ALLERTON OPERATION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JENNIE M. TRACY and Others, Appellants, v. SADIE M. DANZINGER, as Executrix, etc., of SARAH E. ACKLEY, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL LESSER, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for reargument denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.